```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORENZO ADAMS                    :         CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :         NO. 25-6331
```

## ORDER

AND NOW, this 28th day of January 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants Joseph Schwartz, Johnathan Alvarez, Manuel Lopez, and Mousta Eldakkak to dismiss Counts II and III of the amended complaint (Doc. #10) is DENIED; and

(2)  the motion of the City of Philadelphia to dismiss Count IV of the amended complaint (Doc. #10) is GRANTED.

                              BY THE COURT:


                              /s/   Harvey Bartle III
                                                    J.