IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORENZO ADAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 25-6331 |

ORDER

AND NOW, this 28th day of July 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiff "for reconsideration of the dismissal of Count IV (Monell) and, in the alternative, for leave to file a Second Amended Complaint" (Doc. #25) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.